# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

In Re:  
        DESOTO OWNERS LLC

        Debtor(s)

---------------------------------------------------x

Case No. 20-

Chapter 11

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Brooklyn, New York  
       September 22, 2020

_____  
Debtor

_____  
Joint Debtor

s/ Isaac Nutovic  
_____  
Attorney for Debtor

Desoto Owners LLC
1156 58th Street
Brooklyn N.Y. 11219

ADP LLC
P.O. Box 842875
Boston MA 02284-2875

Blalock Walters P.A.
P.O. Box 469
Bradenton FLA. 34206-0469

Bright House Networks Spectrum Business
P.O. Box 7195
Pasadena CA 91109-7195

Clean Sweep
P.O. Box 15031
Sarasota FLA 34277

ECS Florida LLC
4524 N 56th Street
Tampa FLA 33610

Florida Department of Revenue
Sarasota Service Center
100 Paramount Drive, Suite 200
Sarasota FLA 34232

Florida Fire Services Inc.
P.O. Box 2176
Riverview FLA 33568

Florida Power and Light
General Mail Facility
Miami FLA 33188-0001

Gladstone Investors LLC
10 Palm Court Queen Elizabeth Walk
London, N165XA
England

Kimley-Horn
P.O. Box 932520
Atlanta GA 31193-2520

Kutak-Rock LLP
P.O. Box 30057

Omaha NEB 68103-1157

Manatee County Utilities Department
P.O. Box 25350
Bradenton FLA  34206-5350

Meyer Lebovits
1156 58th Street
Brooklyn NY 11219

Philippians 413 Maintenance
P.O. Box 16882
St Petersburg FLA 33733

Shapiro Fishman & Gache
24245 N. Federal Highway #360
Boca Raton FLA 33431-7701

SBA
14925 Kinsport Road
Fort Worth TX 76155-2243

South Central AV
P.O. Box 303627
Nashville TN 37230-6327

Studio V Design and Planning
44 East 32nd Street, 3rd Floor
New York N.Y. 10016

Terminix
P.O.Box 802155
Chicago Illinois 60680-2155

Thornbread
10 Palm Court Queen Elizabeth Walk
London, N165XA
England

T-Mobil
P.O. Box 742596
Cincinnati OH 45274-2596

Johnson Controls Inc
507 East Michigan Avenue-LD 72
Milwaukee WI 53202

Romspen Mortgage Limited Partnership
162 Cumberland Street, Suite 300
Toronto M5R3N5
Canada

Sutter Roofing Company of Florida
8284 Vico Ct
Sarasota FLA 34240

Synergy Lighting Inc
6015 28th Street E  Suite A
Bradenton FLA 34203

Willowdale Star Holdings LLC
10 Palm Court Queen Elizabeth Walk
London, N165XA
England

Murray Silverstein
Greenspoon Marder LLP
401 East Jackson Street, Suite 3650
Tampa FLA 33602

Kabbage
9258 Peachtree Street NE Suite 1688
Atlanta GA 30309

Ken Burton Tax Collector
P.O. Box 25300
Bradenton FLA 34206-5300

MTAG as Custodian for Caz Creek Florida V LLC
1235-E East Boulevard Suite 188
Charlotte, NC 28203 UN

ATCF II Delaware Master LLC - Series 96
c/o Corporation  Service Company
251 Little Falls Drive,
Wilmington, New Castle, DE, 19808