**Fill in this information to identify the case:**

Debtor name __DESOTO OWNERS LLC__

United States Bankruptcy Court for the: __EASTERN__ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Johnson Controls Inc

**Describe debtor's property that is subject to a lien**
Mall

$22,543.00    $unknown

**Creditor's mailing address**
507 East Michigan Avenue-LD 72
Milwaukee WI 53202

**Describe the lien**
Mechanics lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
Ken Burton Tax Collector

**Describe debtor's property that is subject to a lien**
Mall

$961,021    $unknown

**Creditor's mailing address**
P.O. Box 25300
Bradenton FLA 34206-5300

**Describe the lien**
Tax lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of ___

Debtor _____    Case number (*if known*)_____
         *Name*

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Part 1:**  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**  **Creditor's name**
Romspen Mortgage Limited Partnership

**Creditor's mailing address**
162 Cumberland Street, Suite 300
Toronto M5R3N5
Canada

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
☒ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Mall

**Describe the lien**   Mortgage

**Is the creditor an insider or related party?**
☒ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 29,350,990.62      $ unknown

---

**2.__**  **Creditor's name**
Sutter Roofing Company of Florida

**Creditor's mailing address**
8284 Vico Ct
Sarasota FLA 34240

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
☒ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Mall

**Describe the lien**   Mechanics lien

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 493,718      $ unknown

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page ___ of ___

Debtor _____          Case number (*if known*)_____
           Name

| Part 1: | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2._**

**Creditor's name**
Synergy Lighting Inc
_____

**Creditor's mailing address**
6015 28th Street E  Suite A
_____
Bradenton FLA 34203
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
☒ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Mall
_____
_____
_____

**Describe the lien**    Mechanics lien
_____

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 46,122.00      $ unknown

---

**2._**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
❏ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ _____    $ _____

---