**Fill in this information to identify the case:**

Debtor: Desoto Owners LLC

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|-----|-----|-----------------|---------------------|

**2.1**
**Priority creditor's name and mailing address**
Florida Department of Revenue
Sarasota Service Center
100 Paramount Drive, Suite 200
Sarasota  FLA 34232

As of the petition filing date, the claim is: $ 8,750.00    $ 8,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**
**Priority creditor's name and mailing address**
Ken Burton Tax Collector
P.O. Box 25300
Bradenton FLA 34206-5300

As of the petition filing date, the claim is: $ 961,021.24    $ approx. 400,00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**
**Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____   Case number (*if known*)_____
        Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
ADP LLC
P.O. Box 842875
Boston MA 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 375.00

---

**3.2** **Nonpriority creditor's name and mailing address**
Bright House Networks Spectrum Business
P.O. Box 7195
Pasadena CA 91109-7195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 640.00

---

**3.3** **Nonpriority creditor's name and mailing address**
Clean Sweep
P.O. Box 15031
Sarasota FLA 34277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 9,100.00

---

**3.4** **Nonpriority creditor's name and mailing address**
Florida Department of Revenue
Sarasota Service Center
100 Paramount Drive, Suite 200
Sarasota FLA 34232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 8,750.00

---

**3.5** **Nonpriority creditor's name and mailing address**
Florida Power and Light
General Mail Facility
Miami FLA 33188-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 13,500.00

---

**3.6** **Nonpriority creditor's name and mailing address**
Gladstone Investors LLC
10 Palm Court Queen Elizabeth Walk
London, N165XA
England

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 249,550.00

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page ___ of ___

Debtor _____    Case number (*if known*)_____
       Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.__  **Nonpriority creditor's name and mailing address**
Manatee County Utilities Department
P.O. Box 25350
Bradenton FLA  34206-5350

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 9,500.00

---

3.__  **Nonpriority creditor's name and mailing address**
Meyer Lebovits
1156 58th Street
Brooklyn NY 11219

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** loan

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 115,000.00

---

3.__  **Nonpriority creditor's name and mailing address**
Philippians 413 Maintenance
P.O. Box 16882
St Petersburg FLA 33733

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 2,500.00

---

3.__  **Nonpriority creditor's name and mailing address**
SBA
14925 Kinsport Road
Fort Worth TX 76155-2243

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** EIDL loan

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 64,800.00

---

3.__  **Nonpriority creditor's name and mailing address**
SBA
14925 Kinsport Road
Fort Worth TX 76155-2243

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** PPP loan

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 77,670.00

---

Debtor _____    Case number (*if known*)_____
         Name

## Part 2:   Additional Page

| | |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

3.___ **Nonpriority creditor's name and mailing address**
South Central AV

P.O. Box 303627
Nashville TN 37230-6327

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❏ No
❏ Yes

$ 3,077.21

---

3.___ **Nonpriority creditor's name and mailing address**
Terminix

P.O.Box 802155

Chicago Illinois 60680-2155

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
☒ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❏ No
❏ Yes

$ 550.00

---

3.___ **Nonpriority creditor's name and mailing address**
T-Mobil

P.O. Box 742596

Cincinnati OH 45274-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
☒ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❏ No
❏ Yes

$ 205.00

---

3.___ **Nonpriority creditor's name and mailing address**
Kimley-Horn

P.O. Box 932520

Atlanta GA 31193-2520

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
☒ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❏ No
❏ Yes

$ 15,000.00

---

3.___ **Nonpriority creditor's name and mailing address**
Studio V Design and Planning

44 East 32nd Street, 3rd Floor

New York N.Y. 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
☒ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❏ No
❏ Yes

$ 65,571.90

Debtor _____   Case number (*if known*)_____
          Name

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Thornbread<br><br>10 Palm Court Queen Elizabeth Walk<br>London, N165XA<br>England | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** loan<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $ 170,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Willowdale Star Holdings LLC<br><br>10 Palm Court Queen Elizabeth Walk<br>London, N165XA<br>England | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** loan<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $ 314,491.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $_____ |
| **3.4** | **Nonpriority creditor's name and mailing address**<br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $_____ |
| **3.5** | **Nonpriority creditor's name and mailing address**<br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $_____ |
| **3.6** | **Nonpriority creditor's name and mailing address**<br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | $_____ |

Debtor _____    Case number (*if known*)_____
         Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 408750 |
| 5b. **Total claims from Part 2** | 5b. ➕ | $ 1120279 |
| 5c. **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 1,529,029 |