**Fill in this information to identify the case:**

Debtor name ___DESOTO OWNERS LLC_____

United States Bankruptcy Court for the: ___EASTERN_____ District of __NY_____
(State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | SEE ATTACHED SCHEDULE |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Desoto Owners LLC**
**Tenant Contact List**

| Tenant | Phone Numbers | Email | Full Name | Billing Address |
|---|---|---|---|---|
| 109:Legends In Sports | Phone: (941) 747-5054<br>Mobile: (941) 321-7964 | | John M Petrovic | 303 301 Blvd W. Suite 109<br>Bradenton FL 34205 |
| 201:Gold Palace | Phone: (941) 567-6099<br>Mobile: (727) 348-9315 | | Kumar Prasad | 6698 69th Ave N<br>Pinellas Park FL 33781 |
| 205:Blaze Vapor Shop | Phone: (941) 666-2155<br>Mobile: (941) 779-3342 | | Muayad W Abraham | 4718 Cayo Costa Pl<br>Bradenton FL 34203 |
| 209:Bath & Body Works | Phone: (941) 750-0550<br>Mobile: (727) 326-8570 | | | Three Limited Parkway- Attn Real Estate<br>Columbus OH 43230 |
| 225:Champs Sports | Phone: (941) 748-5392 | | | 112 W. 34th Street 2nd Floor<br>Attn: Director of Lease Administration<br>New York NY 10120 |
| 229:All Dressed Up | Phone: (941) 478-8807<br>Mobile: (813) 843-3742 | oksuek@gmail.com | Soo Han | 303 301 Blvd Suite 229<br>Bradenton FL 34205 |
| 241:China Max | Phone: (941) 748-0403<br>Mobile: (646) 709-5920 | | Zhen Yun Dong | 303 301 Blvd W Suite 241<br>Bradenton FL 34205 |
| 429A:Zara's Eyebrows | Phone: (941) 745-2555<br>Mobile: (727) 238-6070 | | Tahmina Jamil | 303 301 Blvd W Suite 429A<br>Bradenton FL 34205 |
| 433A:Street Scenes 2 | Phone: (941) 243-6488 | | Wadai Abraham | 4718 Cayo Costa Place<br>Bradenton FL 34203 |
| 475:Gold Pros | Phone: (941) 302-3767 | | Robert Turffs | 1444 First Street Suite B<br>Sarasota FL 34236 |
| 635:Foot Action | Phone: (941) 746-1444 | | | 330 W 34th Street<br>Attn: Director of Lease Admin<br>New York NY 10001 |
| 701:J.C. Penney Corporation, Inc. | Phone: (941) 747-6411 | | | 6501 Legacy Drive M/S 1104<br>Attn: Real Estate Counsel<br>Plano TX 75024-3698 |
| 821:Brownings Custom Jewelry LLC | Phone: (941) 744-0500 | | Dan Browning | 303 301 Blvd W Suite 821<br>Bradenton FL 34205 |
| 825A:Journeys | Phone: (941) 746-9106 | | | 1415 Murfreesboro Road<br>Attn: Lease Accounting (cc Suite 622, 614)<br>Nashville TN 37217 |
| 829A/837:Jennys Beauty Plus | Phone: (941) 748-7866 | | Hee Myeon Kang | 81 Liles Street<br>P.O. Box 68<br>Terra Ceia FL 34250 |
| 841:Gentlemen's Choice Inc | Phone: 9417474170<br>Mobile: (941) 328-2892 | | Mustapha Bezzaz | 303 301 Blvd W Ste 841<br>Bradenton FL 34205<br>USA |
| 849A:JC Christian Store LLC | Phone: (941) 254-7004<br>Mobile: (941) 592-2013 | | Maritza Coronado | 303 301 Blvd W Suite 849<br>Bradenton FL 34205 |
| 851:Creations DKDA | Phone: (941) 746-1698<br>Mobile: (727) 744-7135 | | Lucero Monsalve | 747 Westfield Ct<br>Dunedin FL 34698 |
| 865:Perfume Collection | Phone: (941) 750-0530 | | Oren Sharony | 1209 86 Court NW<br>Bradenton FL 34209 |
| 905A:Intrigue Inc | Phone: 9417488951<br>Mobile: (941) 228-4422 | | Shermeen Hoosainali | 303 301 Blvd W Ste 905<br>Bradenton FL 342057951<br>USA |
| 907:El Gaucho Italiano, Inc | Phone: (941) 748-0304<br>Mobile: (941) 376-1140 | | Monica Norman | 303 301 Blvd West Suite 907<br>Bradenton FL 34205 |
| 909:Avis Budget Car Rental LLC | Phone: (941) 744-2492 | | | 303 301 Blvd W Suite 909<br>Bradenton FL 34205 |
| 947:T- Mobile | Phone: (941) 877-8787 | | Michael Ziegler | 254 47th Street<br>Brooklyn NY 11220 |
| 951:Street Scenes | Phone: (941) 243-6488 | | Wadai Abraham | 4718 Cayo Costa Place<br>Bradenton FL 34203 |
| 981:Hudson's Furniture Showroom Inc | | | | 3290 W. State Road 46<br>Sanford FL 32771 |
| A & S Transportation | | | | 2601 Navistar Drive<br>Lisle IL 60532 |
| C-258SS:Southern Sweets, Inc. | Phone: (678) 583-5220 | tshanders@southernsweetsinc.com | Tammy Shanders | 127 Pine Grove Rd<br>Locust Grove GA 30248 |
| C-4BOA:Bank of America #PFLW2440000 | Phone: (888) 375-3382 | BAMleaseadmin@am.jll.com | | NC1-023-05-03<br>Attn: pflW2440000<br>525 N Tryon Street<br>Charlotte NC 28202 |
| C-4PV:Newzoom, LLC aka Zoom Systems | Phone: (415) 400-8023 | | | 601 Montgomery Street, Suite 1600<br>San Francisco CA 94111 |
| C-4V:Family Vending and Entertainment, Inc. | Phone: (608) 306-1503 | scottsheckler@gmail.com | Scott Scheckler | 2370 Buckskin Drive<br>Englewood FL 34223 |
| C-79TV:Theisen Vending, Inc. | Phone: 800-633-3436- Service | | Mgr Anita Bennett | 2335 Nevada Ave N<br>Minneapolis MN 554273678<br>USA |
| C-9:Massages by Jon | Mobile: (917) 285-4891 | | Qiang Zhang | 804 21st Avenue West<br>Bradenton FL 34205 |
| C-Rest:Protocol, LLC | Phone: (800) 227-5336 | admin@protocolvending.com | | 2108 Cheshire Way Ste A<br>Greensboro NC 27405 |
| C-Roof:American Tower Corporation | Phone: 813-965-0069- Russ | | | 116 Huntington Ave 11th Floor<br>Boston MA 02116-5786 |
| K-5:Desoto Gold | Phone: (941) 747-4966<br>Mobile: (727) 776-1702 | SKU9997@yahoo.com | Kumar Santosh | 11899 Maria Lane<br>Seminole FL 33772-2219 |
| K113:Charms Palace | Phone: (941) 746-9094<br>Mobile: (727) 348-9315 | | Kumar Prasad | 6698 69th Ave N<br>Pinellas Park FL 33781 |
| Lot A:Fifth Third Bank | | | | SVP Corporate Facilities<br>38 Fountain Square Plaza, MD 10ATA1<br>Cincinnati OH 45263 |
| Lot B:Conley Buick GMC and Conley Subaru | Phone: (941) 755-8531 | jconley@conleybuickgmc.com | | 800 Cortez Road West<br>Bradenton FL 34207 |
| McCue Leonard A, PA | Phone: (941) 748-1358 | info@qlaw.com | | 524 9th St W<br>Bradenton FL 34205<br>United States |