**Fill in this information to identify the case:**

Debtor name ___DESOTO OWNERS LLC_____

United States Bankruptcy Court for the:___EASTERN_____ District of ___NY_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors       12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Meyer Lebovits | 1156 58th Street Brooklyn NY 11219 — Street / City State ZIP Code | Romspen | ☒ D ☐ E/F ☐ G |
| 2.2 | ML Estate Holdings LLC | 1156 58th Street Brooklyn NY 11219 — Street / City State ZIP Code | Romspen | ☒ D ☐ E/F ☐ G |
| 2.3 | UK Palm LLC | 10 Palm Court Queen Elizabeth Walk London, N165XA England — Street / City State ZIP Code | Romspen | ☒ D ☐ E/F ☐ G |
| 2.4 | Desoto holding LLC | 1156 58th Street Brooklyn NY 11219 — Street / City State ZIP Code | Romspen | ☒ D ☐ E/F ☐ G |
| 2.5 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H        **Schedule H: Codebtors**        page 1 of ___

Debtor _____  Case number (*if known*)_____
        Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |