**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  DESOTO OWNERS LLC

2. **All other names debtor used in the last 8 years**  N.A.

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  35-2579157

4. **Debtor's address**

   **Principal place of business**

   1156  58TH STREET
   Number   Street

   BROOKLYN,  N.Y. 11219

   _____
   City             State    ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City             State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   303301 U.S. HIGHWAY 1
   Number   Street

   BRADENTON          FLORIDA      34205
   City             State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor _____     Case number (*if known*)_____
       Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ❏ Partnership (excluding LLP)

   ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ❏ Railroad (as defined in 11 U.S.C. § 101(44))

   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ❏ None of the above

   B. *Check all that apply:*

   ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

   ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5313 ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❏ Chapter 7

   ❏ Chapter 9

   ☒ Chapter 11. *Check all that apply*:

       ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

       ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ❏ A plan is being filed with this petition.

       ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ❏ Yes.  District _____  When _____  Case number _____
                                                                      MM / DD / YYYY

               District _____  When _____  Case number _____
                                                                      MM / DD / YYYY

Debtor _____    Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ❏ No<br>☒ Yes. Debtor DESOTO HOLDINGS LLC<br>       District EDNY<br>       Case number, if known _____ | Relationship 100% MEMBER<br>When _____<br>     MM / DD / YYYY |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
                   Number    Street

_____
_____
City                  State ZIP Code

**Is the property insured?**

❏ No
❏ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  ❏ 1,000-5,000  ❏ 25,001-50,000
❏ 50-99  ❏ 5,001-10,000  ❏ 50,001-100,000
❏ 100-199  ❏ 10,001-25,000  ❏ More than 100,000
❏ 200-999

---

Debtor _____    Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/22/2020
               MM / DD / YYYY

✗ /s/ Moshe Fridman                 MOSHE FRIDMAN
Signature of authorized representative of debtor     Printed name

Title  CHEIF EXECUTIVE OFFICER

**18. Signature of attorney**

✗ /s/ Isaac Nutovic           Date  09/22/2020
Signature of attorney for debtor           MM / DD / YYYY

ISAAC NUTOVIC
Printed name
NUTOVIC & ASSOCIATES
Firm name
261 MADISON AVENUE, 26TH FLOOR
Number    Street
NEW YORK               N.Y.     10016
City                         State    ZIP Code

212-421-9100          INUTOVIC@NUTOVIC.COM
Contact phone            Email address

1667526                 NY
Bar number               State