**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re:

        DESOTO OWNERS , LLC,

                                  Debtor.
----------------------------------------------------------x
In re:

        DESOTO HOLDING , LLC,

                                  Debtor.
----------------------------------------------------------x

Chapter 11
Case No.  20-43387 (JMM)

Chapter 11
Case No.  20-43388 (JMM)

### NOTICE OF WITHDRAWAL OF THIRD AMENDED JOINT PLAN OF REORGANIZATION

        Please take notice that Desoto Owners LLC and Desoto Holding LLC hereby

withdraw their Third Amended Plan of Reorganization.

Dated: New York, New York
       July 14, 2021

Nutovic & Associates

By:/s/*Isaac Nutovic*
    Isaac Nutovic
    Attorneys for Debtors
261 Madison Avenue, 26th Floor
New York, New York 10016
 (212) 421-9100